IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

OCT 0 3 2019

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD LOUIS PAJNICH,<br><br>Defendant. | MJ 19-57-M-KLD<br><br>**ORDER** |

Before the Court is Defendant's Motion to Vacate Detention Hearing. (Doc. 12.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing presently set for October 3, 2019, at 10:00 a.m. is VACATED.

DATED this 3rd day of October, 2019.

Kathleen L. DeSoto
United States Magistrate Judge